PER CURIAM.

(No. 73-CC-296—Claimant )

GERALDINE A. TUCKER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 23, 1973.*

GERALDINE A. TUCKER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.